No. 96–8496. TRIPATI *v.* ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 96–8497. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–8507. BERNARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8508. CROTTS ET UX. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8509. RIVERA CONTRERAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8510. RUSHING *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–8511. OWENS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8513. WARNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8514. THOMPSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8518. BELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8519. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–8520. COLEMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8522. WRIGHT, AKA FARROW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8525. ALVAREZ RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8526. STEWART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8527. KEHM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.